UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CARTWRIGHT, | CIV-F-04-6643 AWI DLB PC |
| Plaintiff, | ORDER RE: FINDINGS AND RECOMMENDATION (Doc. 6) |
| vs. | |
| MACK WIMBISH, et al., | ORDER DISMISSING ACTION |
| Defendants. | |

Plaintiff Henry Cartwright ("Plaintiff"), proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 3, 2005, the Magistrate Judge filed a Findings and Recommendation which recommended dismissal of this action for failure to obey a court order. Doc. 6. Plaintiff was served with the Findings and Recommendation, which informed him that any objections had to be filed within twenty (20) days. To date, Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, the court has conducted a de novo review of this case. In determining whether to dismiss an action for lack of prosecution or failure to obey court orders, the five factors to be considered are: (1) the public's interest in expeditious resolution of litigations; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring disposition of

1 cases on their merits; and (5) the availability of less drastic alternatives. <u>Thompson v. Housing
2 Auth.</u>, 782 F.2d 829, 831 (9th Cir. 1986).  Having carefully reviewed the entire file, the court
3 finds the findings and recommendations to be supported by the record and proper analysis.
4 Plaintiff's failure to obey court orders or to respond in this case is an insurmountable impediment
5 to continuing the action.  Plaintiff has not been heard from since he filed his initial complaint on
6 December 3, 2004 despite requests by the Magistrate Judge for response.

7     Having carefully reviewed the entire file, the Court finds the Findings and
8 Recommendation to be supported by the record and by proper analysis.

9     Accordingly, IT IS HEREBY ORDERED that:

10     1.    The Findings and Recommendation, filed March 3, 2005, are ADOPTED IN
11 FULL; and,

12     2.    This action is DISMISSED based on plaintiff's failure to obey the court's order of
13 December 21, 2004.

15 IT IS SO ORDERED.

16 **Dated:    April 21, 2005**                    /s/ Anthony W. Ishii
   0m8i78                                        UNITED STATES DISTRICT JUDGE